**No. 09-8206. Gregory Shawn Mercer, Petitioner v. Virginia.**

560 U.S. 961, 130 S. Ct. 3405, 177 L. Ed. 2d 317, 2010 U.S. LEXIS 4620.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1072, 130 S. Ct. 2094, 176 L. Ed. 2d 729, 2010 U.S. LEXIS 3308.